No. 76–644.  BUCKLEY v. LITTELL; and

No. 76–652.  LITTELL v. BUCKLEY.  C. A. 2d Cir.  Certiorari denied.

No. 76–690.  PIERRE J. LeLANDAIS & CO., INC., ET AL. v. MDS-ATRON, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–703.  OCHS ET AL. v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 76–716.  FISHER v. FIRST NATIONAL BANK OF CHICAGO. C. A. 7th Cir.  Certiorari denied.

No. 76–717.  HUNT ET AL. v. PAN AMERICAN ENERGY, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 76–733.  KALIN v. YOUNGBLOOD ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 76–736.  LA MIRADA TRUCKING, INC., ET AL. v. TEAMSTERS LOCAL UNION 166 ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 76–771.  HURT v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–834.  PEROFF v. HYLTON, U. S. MARSHAL, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 76–5313.  WHITE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5324.  CLARK v. WYRICK, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 76–5349.  CROWDER v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.